111 A.3d 96

IN THE MATTER OF FRANK J. HANCOCK, AN ATTORNEY
AT LAW (ATTORNEY NO. 007671979).

April 7, 2015.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–022, concluding that as a matter of reciprocal

discipline pursuant to *Rule* 1:20–13(c), **FRANK J. HANCOCK** of **FOREST HILLS, NEW YORK,** who was admitted to the bar of this State in 1979, should be suspended from the practice of law for a period of six months based on discipline imposed in New York for conduct that in New Jersey violates *RPC* 1.5(b) (failure to utilize a written fee agreement), *RPC* 5.5(a)(2) (assisting a nonlawyer in the unauthorized practice of law), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And the Disciplinary Review Board having further concluded that the term of suspension should be retroactive to the date on which respondent reported the New York discipline to the Office of Attorney Ethics;

And good cause appearing;

It is ORDERED that **FRANK J. HANCOCK** is suspended from the practice of law for a period of six months retroactive to September 24, 2008; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.